Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the basis of the actual board measurement of the lumber in the condition in which imported.

**No. 41442.**—Protest 768326–G of C. S. Emery & Co. (St. Albans).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the basis of the actual board measurement of the lumber in the condition in which imported.

**No. 41443.**—Protests 509930–G, etc., of John Wanamaker et al. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the hat or clothes brushes in question were held dutiable at only 50 percent ad valorem under paragraph 1506 as claimed.

**No. 41444.**—Protest 688209–G of Chas. A. Redden, Inc. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the hat or clothes brushes in question were held dutiable at only 50 percent ad valorem under paragraph 1506 as claimed.

**No. 41445.**—Protests 866662–G, etc., of M. B. Daniels & Co. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the hat or clothes brushes in question were held dutiable at only 50 percent ad valorem under paragraph 1506 as claimed.

**No. 41446.**—Protest 883271–G of F. W. Woolworth Co. (Boston).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41447.**—Protests 811506–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41448.**—Protest 779245–G of F. W. Woolworth Co. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.